E-FILED
Monday, 08 November, 2004  11:32:25 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) In the United States District Court for the ) Eastern District of Pennsylvania, ) ) ) This Document Relates To: ) Central District of Illinois ) Rock Island Division ) ) ) Monte Dual ) Cause No. 01-4008, ) Robert E. Green ) Cause No. 99-4077, ) Robert Hardy ) Cause No. 00-4001, ) ) ) Plaintiffs, ) ) v. ) ) INDUSTRIAL HOLDINGS CORPORATION ) f/k/a The Carborundum Company, ) ) Defendant. ) | Civil Action No. MDL 875 <br><br> FILED <br> NOV 8 2004 |

**DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL
AND ENTRY OF APPEARANCE**

Comes now Defendant, INDUSTRIAL HOLDINGS CORPORATION f/k/a The Carborundum Company, by and through its attorneys, Burroughs, Hepler, Broom, MacDonald, Hebrank & True, LLP, and for its Motion for Substitution of Counsel and Entry of Appearance, states as follows:

1. That the firm of Joseph Stalmack & Associates, P.C. has been acting as counsel for Defendant, Industrial Holdings Corporation f/k/a The Carborundum Company.

SCANNED
DATE: 11-8-04  BY: mt

2. That now the firm of Burroughs, Hepler, Broom, MacDonald, Hebrank & True, LLP has been retained as counsel for Defendant, Industrial Holdings Corporation f/k/a The Carborundum Company.

3. That Industrial Holdings Corporation f/k/a The Carborundum Company desires that Burroughs, Hepler, Broom, MacDonald, Hebrank & True, LLP be substituted for the firm of Joseph Stalmack & Associates, P.C. as its counsel in this matter. No prejudice will result to any party as a result of this substitution.

WHEREFORE, Defendant, INDUSTRIAL HOLDINGS CORPORATION f/k/a The Carborundum Company, respectfully requests that this Court grant its Motion for Substitution of Counsel and Entry of Appearance and order that the firm of Burroughs, Hepler, Broom, MacDonald, Hebrank & True, LLP be substituted as counsel of record.

BURROUGHS, HEPLER, BROOM,
MacDONALD, HEBRANK & TRUE, LLP

By: _____
JEFFREY S. HEBRANK        #06182800
ROBERT H. SANDS           #06257468
Attorneys for Defendant
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, Illinois 62025-0510
Phone: (618) 656-0184
Fax:    (618) 656-1364

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>In the United States District Court for the Eastern District of Pennsylvania,<br><br>This Document Relates To:<br><u>Central District of Illinois</u><br><u>Rock Island</u> Division<br><br>Monte Dual<br>Cause No. 01-4008,<br>Robert E. Green<br>Cause No. 99-4077,<br>Robert Hardy<br>Cause No. 00-4001,<br><br>    Plaintiffs,<br><br>v.<br><br>INDUSTRIAL HOLDINGS CORPORATION<br>    f/k/a The Carborundum Company,<br><br>    Defendant. | Civil Action No. MDL 875<br><br>FILED<br><br>NOV 8 2004<br><br>CENTRAL ... ILLINOIS |

## CERTIFICATE OF SERVICE

The undersigned states that on or about the 5th day of November, 2004, Defendant INDUSTRIAL HOLDINGS CORPORATION f/k/a The Carborundum Company filed its Motion for Substitution of Counsel and Entry of Appearance in the above case and copies of these documents were served on Plaintiffs' counsel Cascino Vaughan Law Offices Ltd., 220 South Ashland Avenue, Chicago, IL 60607 via U.S. Mail. Copies of these documents are available upon request.

BURROUGHS, HEPLER, BROOM,
MacDONALD, HEBRANK & TRUE, LLP

By: _____
JEFFREY S. HEBRANK    #06182800
ROBERT H. SANDS      #06257468
Attorneys for Defendant
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, Illinois 62025-0510
Phone: (618) 656-0184
Fax:   (618) 656-1364

## CASCINO VAUGHN PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon the attorneys of record to the above cause by enclosing same in an envelope with postage prepaid, and depositing same in a U.S. Mail box in Edwardsville, Illinois, on 11/5/04

**Plaintiff's Attorney**
Cascino Vaughn Law Offices — Robert McCoy
220 South Ashland Avenue
Chicago, IL 60607

Allen W. Large — Allen W. Large
715 12th Street, Box 674
Lawrenceville, IL 62439

Law Offices of Terrence M. Johnson — Terrence Johnson
455 East Illinois St., Suite 361
Chicago, IL 60611

| Defendant | Law Firm | Attorney |
|---|---|---|
| Texaco, Inc | Stamos & Trucco<br>30 West Monroe St., Suite 1600<br>Chicago, IL 60603 | Michael T. Trucco<br>James Arrigo |
| Shell Oil Company/ Anheuser Busch/ Goodyear/ Caterpillar/ RESCO/ Waste Management | Williams, Venker & Sanders<br>10 South Broadway, Suite 1600<br>St. Louis, MO 63102 | Thomas L. Orris |
| Triangle Insulation/ Westinghouse Electric/ Wise-Eisanto/ Combustion Engineering/ Mallinkrodt/ Viacom, Inc. | Herzog Crebs<br>515 North 6th St., 24th Floor<br>St. Louis, MO 63101 | Dan Donahue |
| Chicago Bridge and Iron | Ballaro & Carton, Chartered<br>200 North LaSalle St., Suite 2500<br>Chicago, IL 60601 | James J. Branit |
| Anchor Packing/ Chicago Brick/ Garlock/ Foster Wheeler/ New Harbison-Walker/ DAP/ Albany International | Segal, McCambridge, Singer & Mahoney, Ltd.<br>One IBM Plaza<br>330 North Wabash Ave., Suite 200<br>Chicago, Illinois 60611 | Ed McCambridge<br>William F. Mahoney |
| Dresser Industries, Inc./ Halliburton Energy Services/ Halliburton Technical Services | Reed, Armstrong, Gorman, Mudge and Morrissey, P.C.<br>115 North Buchanan<br>Edwardsville, IL 62025 | Bryan Skelton |
| ACandS/ Owens Industries | Polsinelli, Shalton, Welte & Suelthaus<br>100 South Fourth St., Suite 1110<br>St. Louis, Mo 63102 | Nicole Behnen<br>Andrew Cross |

1

## CASCINO VAUGHN PROOF OF SERVICE

| Defendant | Law Firm | Attorney |
|---|---|---|
| A.P. Green Industries, f/k/a Bigelow-Liptak Corp./ Sprinkman Sons Corp. | Foley & Mansfield<br>1001 Highlands Plaza Drive West<br>Suite 400<br>St. Louis, MO 63110 | Robert J. Brummond |
| American Biltrite/ Boise Cascade/ General Refractories/ Rutland Fire/ Young Insulation/ LaSalle Steel Company | Roberts, Perryman, Bonkamp & Meives, Thomas Kernell<br>PC<br>One US Bank Plaza, Suite 2300<br>St. Louis, MO 63101 | |
| A.W. Chesterton/ Pilbrico/ Riley Stoker/ Sears/ Congoleum | Cates, Kurowski, Bailey & Shultz<br>24 Bronze Point<br>Swansea, IL 62221 | John Kurowski<br>William D. Shultz |
| Consolidated Rail/ Maceo | Walker & Williams, P.C.<br>4343 West Main Street<br>Belleville, IL 62226 | Donald Dahlman |
| Bechtel Construction | Wooden & McLaughlin<br>One Indiana Square, Suite 1800<br>Indianapolis, IN 46204-2019 | Douglas B. King<br>Dayna L. Swizer |
| PSI Energy/ Bristol Meyers Squibb Co. | Emison, Doolittle, Kolb & Roellgen<br>801 Busseron Street<br>Vincennes, IN 47591 | J. David Roellgen |
| Bristol Meyers Squibb Co. | Baker Daniels<br>300 North Meridian St., Suite 2700<br>Indianapolis, IN 46204-1782 | Andrea Roberts<br>James W. Clark |
| Southern Illinois Power Cooperative | Heyl, Royster<br>103 West Vandalia, Suite 100<br>P.O. Box 467<br>Edwardsville, IL 62025 | Kent Plotner<br>Jennifer Johnson |
| Brand Insulations | Schoen & Smith<br>200 West Adams, Ste. 1005<br>Chicago, IL 60606 | Randy Smith |
| A.P. Green Industries/ Dresser | Carter Law Office<br>416 Main Street<br>Commerce Bank Building, Suite 529<br>Peoria, IL 61602 | James R. Carter |
| Sprinkman & Sons Corp. | Cathy A. Molchin, PC<br>4909 Sir Lionel Court<br>Mapleton, IL 61547 | Cathy A. Molchin |
| Ispat Inland, Inc, f/k/a Inland Steel Company/ Southern Illinois Power Cooperative | Johnson & Bell<br>55 East Monroe, Suite 4100<br>Chicago, IL 60603 | Kevin Owens<br>H. Patrick Morris |
| California Coastal Communities, Inc., a/k/a Koll Real Estate Group | Butler, Rubin, Saltarelli & Boyd<br>70 West Madison St., Suite 1800<br>Chicago, IL 60602 | Julie P. Shelton |
| Texaco Inc. | Robert T. Varney & Associates<br>121 North Main St., 4th Floor<br>Bloomington, IL 61701 | Robert T. Varney<br>Michael A. Powell |

2

11/5/04

## CASCINO VAUGHN PROOF OF SERVICE

| | | |
|---|---|---|
| Resco Holdings and Waste Management, Inc. | Gosnell, Borden, Enloe & Sloss, LTD.<br>815 Twelfth Street<br>P.O. Box 737<br>Lawrenceville, IL 62439 | Douglas A. Enloe |
| Commonwealth Edison Co. | Sanchez & Daniels<br>333 West Wacker Dr., Suite 500<br>Chicago, IL 60606 | Manuel Sanchez<br>Camille Cribaro-Mello |
| Ferro Engineering/Oglebay Norton Co. | Freeborn & Peters<br>311 South Wacker Dr., Suite 3000<br>Chicago, Illinois 60606-6677 | Michael D. Freeborn<br>Richard T. Sikes, Jr.<br>Michael T. Franz<br>Ward G. Brown |
| Commonwealth Edison | Swanson, Martin & Bell<br>One IBM Plaza<br>330 N. Wabash, Suite 3300<br>Chicago, IL 60611 | Margaret O. Byrne<br>John O'Sullivan |
| Goulds Pumps, Inc. | Hinshaw & Culbertson LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, IL 60601 | Craig T. Liljestrand |

3

11/5/04