E-FILED
Wednesday, 24 November, 2004  02:24:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | ILC 3 |
| In the United States District Court for the Eastern District of Pennsylvania, | ) ) ) ) | Civil Action No. MDL 875 |
| This Document Relates To: <u>Central District of Illinois</u> <u>Rock Island</u> Division | ) ) ) ) | |
| Monte Dual Cause No. 01-4008, Robert E. Green Cause No. 99-4077, Robert Hardy Cause No. 00-4001, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| INDUSTRIAL HOLDINGS CORPORATION f/k/a The Carborundum Company, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

Comes now before the Court, Motion for Substitution of Counsel and Entry of Appearance filed by the Defendant, INDUSTRIAL HOLDINGS CORPORATION f/k/a The Carborundum Company, and good cause appearing:

IT IS THEREFORE ORDERED that said motion is GRANTED, and the law firm of Burroughs, Hepler, Broom, MacDonald, Hebrank & True, LLP is substituted for the firm of Joseph Stalmack & Associates, P.C.

DATED this 15th day of November, 2004

Judge
Charles R. Weiner