IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:    CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| All Cascino Vaughan Law Office Cases on Attached Exhibit A | ) ) ) | Case No. See Exhibit A |
| VS. | ) ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, ET AL. | ) ) ) | |
| Defendants. | ) | |

STIPULATION FOR DISMISSAL

Now come the Plaintiffs, by their attorneys Cascino Vaughan Law Offices, LTD., and Defendant, METROPOLITAN LIFE INSURANCE COMPANY, by its attorneys, Wildman Harrold Allen & Dixon LLP, and hereby stipulate and agree that the above-styled causes will be dismissed with prejudice, as to Metropolitan Life Insurance Company only, each party to pay its respective costs of suit.

Entered this _____ day of _____, 2005

CASCINO VAUGHAN                    WILDMAN HARROLD ALLEN
LAW OFFICES, LTD.                  & DIXON, LLP.

By: _____      By: _____
Michael Cascino                    Jennifer Johnson
220 S. Ashland Avenue              225 W. Wacker Dr.
Chicago, IL 60607                  Chicago, IL 60606-1229
(312) 944-0600                     (312) 201-2000
ATTORNEYS FOR PLAINTIFFS           ATTORNEYS FOR METROPOLITAN
                                   LIFE INSURANCE COMPANY

So Ordered
Charles R. Weiner
7/28/2005

Friday, May 27, 2005                              **EXHIBIT A**                                   Page 1

| Last | First | SSN | Case# | FilingState | St/Fed | Circuit/Dist | Division |
|------|-------|-----|-------|-------------|--------|--------------|----------|
| Dual | Monte L., Sr. | ███████ | 01-4008 | IL | F | CENTRAL | ROCK ISLAND |
| Fields | William W. | ███-7351 | 95-4029 | IL | F | CENTRAL | ROCK ISLAND |
| Gilbert | Alexander | ███-3501 | 95-4033 | IL | F | CENTRAL | ROCK ISLAND |
| Green | Robert E. | ███-1866 | 99-4077 | IL | F | CENTRAL | ROCK ISLAND |
| Hardy | Robert | ███-6149 | 00C4001 | IL | F | CENTRAL | ROCK ISLAND |
| O'Boyle | Darrell | ███-1480 | 95-4024 | IL | F | CENTRAL | ROCK ISLAND |
| Olson | Rolyn | ███-5188 | 95-4030 | IL | F | CENTRAL | ROCK ISLAND |
| Payne | Lynn V. | ███-9166 | 98-4060 | IL | F | CENTRAL | ROCK ISLAND |
| Thomas | Wayne | ███-7611 | 98-4063 | IL | F | CENTRAL | ROCK ISLAND |
| Yusko | John A. | ███-3251 | 94-4029 | IL | F | CENTRAL | ROCK ISLAND |

**EXHIBIT A**