# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| MONTE L. DUAL, SR., Individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:01-cv-04088-CRW |
| ) | |
| A. C. AND S, Inc., a corporation, et al., ) | MDL Docket 875 |
| ) | |
| Defendants. ) | |

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

COMES NOW attorney Russell K. Scott, David W. Ybarra, and attorney Kent L. Plotner, and hereby stipulate and agree to the withdrawal of attorney Kent L. Plotner as counsel for defendant, Maremont Corporation, and to the substitution of Russell K. Scott and David W. Ybarra as counsel for said defendant.

**HEYL, ROYSTER, VOELKER & ALLEN**      **GREENSFELDER, HEMKER & GALE, P.C.**

/s/ Kent L. Plotner                      /s/ David W. Ybarra
Kent L. Plotner, #06190470               Russell K. Scott, #02533642
103 West Vandalia Street, Suite 100      David W. Ybarra, #6273280
P.O. Box 467                             12 Wolf Creek Drive, Suite 100
Edwardsville, Illinois  62025-0467       Swansea (Belleville), Illinois  62226
Phone: (618) 656-7940                    Phone: (618) 257-7308
Fax:    (618) 656-4646                   Fax:    (618) 257-7353
                                         dwy@greensfelder.com

I hereby certify that on January 23, 2006, I electronically filed defendant Maremont Corporation's Stipulation for Substitution of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael P Cascino
rkay@cvlo.com

Dennis J Dobbels
ddobbels@pswslaw.com

Daniel G Donahue
dgd@herzogcrebs.com mpn@herzogcrebs.com

Mary Ann Hatch
mah@herzogcrebs.com jks@herzogcrebs.com

Daniel J O'Connell
Dan@djoalaw.com

Robert H Sands
robert.sands@ilmolaw.com docket@ilmolaw.com

Stephanie A Scharf
sscharf@jenner.com


and I hereby certify that on January 23, 2006, I mailed by United States Postal Service, the document to the following non-registered participants:

**Barbara J Arison**
FRANTZ WARD LLP
19th Fl
55 Public Sq
Cleveland, OH 44113-1999

**Jack L Block**
SACHNOFF & WEAVER LTD
30 S Wacker Dr
Suite 2900
Chicago, IL 60606-7484

**James R Carter**
CARTER LAW OFFICES
Commerce Bank Bldg
416 Main St
Suite 529
Peoria, IL 61602

**Andrew J Cross**
POLSINELLI SHALTON & WELTE
Suite 1110
100 S Fourth St
St Louis, MO 63102-1825

2

**Maja C Eaton**
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 S Dearborn St
Chicago, IL 60603

**Beverly D Garner**
BUNGE NORTH AMERICA INC
11720 Borman Dr
P O Box 28500
St Louis, Mo 63146-1000

**Dennis J Graber**
HINSHAW & CULBERTSON
Ste 300
521 W Main St
Belleville, IL 62222

**Jeffrey S Hebrank**
BURROUGHS HEPLER BROOM
MACDONALD HEBRANK & TRUE
103 W Vandalia Ste 300
P O Box 510
Edwardsville, IL 62025-0510

**William V Johnson**
JOHNSON & BELL LTD
Suite 4100
55 E Monroe St
Chicago, IL 60603

**Francis P Morrissey**
SCHIFF HARDIN LLP
6600 Sears Tower
233 S Wacker Dr
Chicago, IL 60606-6473

**Dean N Panos**
JENNER & BLOCK
One IBM Plaza
330 N Wabash
Chicago, IL 60611

**Matthew J Fischer**
SCHIFF HARDIN LLP
6600 Sears Tower
233 S Wacker Dr
Chicago, IL 60606-6473

**Demarcus J Gordon**
JOHNSON & BELL LTD
Suite 4100
55 E Monroe St
Chicago, IL 60603

**Patrick F Haggerty**
FRANTZ WARD LLP
19th Fl
55 Public Sq
Cleveland, OH 44113-1999

**Jennifer B Johnson**
HEYL ROYSTER VOELKER & ALLEN
PO Box 467
Edwardsville, IL 62025

**Jennifer Johnston**
WILDMAN HARROLD ALLEN & DIXON LLP
225 W Wacker Dr
Suite 3000
Chicago, IL 60606-1229

**Joseph J O'Hara, Jr**
SCHIFF HARDIN LLP
6600 Sears Tower
233 S Wacker Dr
Chicago, IL 60606-6473

**Kent L Plotner**
HEYL ROYSTER VOELKER & ALLEN
PO Box 467
Edwardsville, IL 62025

**Douglas L Prochnow**
WILDMAN HARROLD ALLEN & DIXON LLP
225 W Wacker Dr
Suite 3000
Chicago, IL 60606-1229

**Robert H Riley**
SCHIFF HARDIN LLP
6600 Sears Tower
233 S Wacker Dr
Chicago, IL 60606-6473

**Robert Spitkovsky, Jr**
JOHNSON & BELL LTD
Suite 4100
55 E Monroe St
Chicago, IL 60603

**Richard Steinken**
JENNER & BLOCK
One IBM Plaza
330 N Wabash
Chicago, IL 60611

**Don Ward**
HERZOG CREBS LLP
One City Centre
24th Floor
515 N Sixth St
St Louis, MO 63101

/s/ David W. Ybarra